

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2014

No. 04-13-00197-CV

**IN THE MATTER OF THE GUARDIANSHIP OF CARLOS BENAVIDES JR**. An
Incapacitated Person,

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2011PB000081L2
Honorable Jesus Garza, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Sandee Bryan Marion, Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

The court has considered the Appellant's Motion for En Banc Reconsideration, and the motion is DENIED.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of April, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court